IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Yvette Barbara Baldwin, :
:
      Plaintiff(s), :
: Case Number: 1:10cv951
  vs. :
: Chief Judge Susan J. Dlott
Uncle Bob's Self Storage, et. al., :
:
      Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 12, 2011 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 2, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is **DISMISSED.**

The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order adopting the Report and Recommendation will not be taken in good faith, therefore, plaintiff is **DENIED** leave to appeal *in forma pauperis.* Plaintiff is free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

                                                           ___s/Susan J. Dlott_____
                                                           Chief Judge Susan J. Dlott
                                                           United States District Court